
FILED

JUN 0 4 2015

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| In re<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>　　　　　　　　　Debtor<br><br>―――――――――――――――<br><br>BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>vs<br><br>TIMOTHY L. BLIXSETH, CASA 20 LLC, TAMARINDO LLC, JOHN DOES 1-100, and XYZ CORP. 1-100,<br><br>　　　　　　　　　Defendants. | Case No. 08-61570-11<br>Adversary No. 09-00064<br><br><br><br>No. CV-13-68-BU-SEH<br><br><br>**ORDER** |

Defendants, through counsel, Phillip DeFelice, Esq. and Michael J.

Ferrigno, Esq., filed in this Court on June 4, 2015, Defendants' Petition for the

Immediate Release of Timothy L. Blixseth From Custody[1], Defendant Timothy L. Blixseth's Declaration in Support of His Petition for Release From Incarceration, with attachments[2] and Declaration of Beau Blixseth[3]. The filed documents and attachments include 24 separately-numbered "sections" and over 9000 pages of various categories of records and materials.

ORDERED:

1. If not already provided, copies of each of Defendants' Petition for the Immediate Release of Timothy L. Blixseth From Custody[4], and Defendant Timothy L. Blixseth's Declaration in Support of His Petition for Release From Incarceration, with attachments[5] and Declaration of Beau Blixseth[6] shall be submitted to the Clerk of the Ninth Circuit Court of Appeals on or before June 10, 2015, for lodging or filing as the Circuit may direct in Appeal No. 15-71251, *In re Timothy L. Blixseth*. Written proof of such submissions shall be filed in this case.

---

[1] Doc. 177.

[2] Docs. 178-184.

[3] Doc. 185.

[4] Doc. 177.

[5] Docs. 178-184.

[6] Doc. 185.

2. Each party in this case shall file a statement of position on or before June 12, 2015, directed to issues related to this Court's jurisdiction to act in this case pending resolution of matters now pending in Appeal No. 15-71251, *In re Timothy L. Blixseth*.

3. The Plaintiff is directed to file on or before June 12, 2015, a statement of position brief in response to Defendants' Petition for the Immediate Release of Timothy L. Blixseth From Custody.

4. The Court will address issues presented by the June 4, 2015, filings and will schedule such other and further proceedings as may be necessary and appropriate upon the parties compliance with the directives in paragraphs 1, 2 and 3 of this Order.

5. The clerk is directed to provide a copy of this Order to the Clerk of the Ninth Circuit Court of Appeals for filing in Appeal No. 15-71251, *In re Timothy L. Blixseth*.

DATED this 4th day of June, 2015.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge