IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
JUN 2 2 2015
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| In re<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>          Debtor | Case No. 08-61570-11<br>Adversary No. 09-00064 |
| BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>vs<br><br>TIMOTHY L. BLIXSETH, CASA 20 LLC, TAMARINDO LLC, JOHN DOES 1-100, and XYZ CORP. 1-100,<br><br>          Defendants. | No. CV-13-68-BU-SEH<br><br>**ORDER** |

The Court will conduct a status conference with counsel at 10:00 a.m. on July 2, 2015, at the **Paul G. Hatfield Courthouse, Courtoom I, Helena, Montana,** to establish a program and schedule to address and resolution of all issues raised by and related to:

1. Plaintiff's Motion for Further Orders in Respect of Defendants' Contempt and Orders to Show Cause Under Federal Rule of Civil Procedure 65 and this Court's Inherent Contempt Power;[1] and

2. Defendants' Petition for the Immediate Release of Timothy L. Blixseth from Custody.[2]

Each party may file a supplemental statement of position brief directed to the matters identified in paragraphs 1 and 2 above on or before June 26, 2015.

DATED this 22nd day of June, 2015.

SAM E. HADDON
United States District Judge

---

[1] Doc. 170.

[2] Doc. 177.