**FILED**

JUN 25 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| In re<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>　　　　　　　　Debtor | Case No. 08-61570-11<br>Adversary No. 09-00064 |
| BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>vs<br><br>TIMOTHY L. BLIXSETH, CASA 20 LLC, TAMARINDO LLC, JOHN DOES 1-100, and XYZ CORP. 1-100,<br><br>　　　　　　　　Defendants. | No. CV-13-68-BU-SEH<br><br>**ORDER** |

　　　　The show cause hearing previously set for April 28, 2015,[1] and vacated to be reset by further order of Court on April 27, 2015,[2] is reset for hearing at 2:00

---

[1] Doc. 163.

[2] Doc. 168.

p.m. on July 2, 2015, at the **Paul G. Hatfield Courthouse, Courtoom I, Helena, Montana.**

Michael J. Ferrigno, Esq. and Phillip J. DeFelice, Esq. are expected to be prepared to respond to matters addressed in the Court's Order of April 21, 2015,[3] and show cause, if any, why the materials produced on Saturday, April 18, 2015,[4] were not made available to the Court before the declarations of February 7, 2015,[5] were filed.

DATED this 25th day of June, 2015.

SAM E. HADDON
United States District Judge

---

[3] Doc. 163.

[4] Doc. 157.

[5] Docs. 135 and 136.