Michael J. Ferrigno, *pro hac vice*
LAW OFFICE OF
MICHAEL J FERRIGNO, PLLC
1225 N. Main St.
Meridian, ID 83642
Phone:  208-391-3969
*michael.ferrigno@ferrigno-law.com*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re YELLOWSTONE MOUNTAIN CLUB, LLC, | Case No. 08-61570-11-RBK<br><br>Adversary Proceeding: 09-00064 |
| BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY L. BLIXSETH, *et al.*<br><br>Defendants. | No. 2:13-cv-00068<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE take notice that Michael J. Ferrigno hereby withdraws as co-counsel of record for Defendants Timothy L. Blixseth, Casa 20, LLC and Tamarindo LLC in the above-styled matter.  Messrs. Phillip DeFelice and Paul Brain are still counsel of record for the Defendants, and it is requested that the docket and ECF notification system be updated accordingly.

1

Date:  November 2, 2015         Respectfully submitted

>*/s/Michael J. Ferrigno*
>Michael J. Ferrigno
>LAW OFFICE OF
>MICHAEL J FERRIGNO, PLLC
>1225 N. Main St.,
>Meridian, ID 83642
>Phone:  208-391-3969
>*michael.ferrigno@ferrigno-law.com*
>
>*Attorney for Defendants Timothy L. Blixseth, Casa 20 LLC, and Tamarindo LLC*

## **CERTIFICATE OF SERVICE**

    I, Michael J. Ferrigno, hereby certify under penalty of perjury that on the 2nd day of November, 2015, copies of the above document were served electronically by ECF notice to all persons/entities requesting special notice or otherwise entitled to same and that in addition, I hereby certify that I have mailed or served the document to the following non-ECF participants in the manner indicated by the non-participant's name:

    No manual recipients.

    */s/Michael J. Ferrigno*
    Michael J. Ferrigno