Paul E. Brain, *pro hac vice*
BRAIN LAW FIRM PLLC
1119 Pacific Avenue, Suite 1200.
Tacoma, WA 98402
Phone: 253-327-1019
pbrain@paulbrainlaw.com

*Attorney for Defendant, Timothy L. Blixseth*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re YELLOWSTONE MOUNTAIN CLUB, LLC, | Case No. 08-61570-11-RBK<br><br>Adversary Proceeding: 09-00064 |
| BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY L. BLIXSETH, *et al.*<br><br>Defendants. | No. 2:13-cv-00068<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE take notice that Paul E. Brain will withdraw as co-counsel of record for Defendant Timothy L. Blixseth in the above-styled matter on November 28, 2015. Mr. DeFelice will remain counsel of record for the Defendants, and it is requested that the docket and ECF notification system be updated accordingly.

1

Date: November 2, 2015

                Respectfully submitted

                */s/Paul E. Brain*
                Paul E. Brain
                BRAIN LAW FIRM PLLC
                1119 Pacific Avenue, Suite 1200.
                Tacoma, WA 98402
                Phone: 253-327-1019
                *pbrain@paulbrainlaw.com*

                *Attorney for Defendant, Timothy L. Blixseth*

## CERTIFICATE OF SERVICE

      I, Paul E. Brain, hereby certify under penalty of perjury that on the 2nd day of November, 2015, copies of the above document were served electronically by ECF notice to all persons/entities requesting special notice or otherwise entitled to same and that in addition, I hereby certify that I have mailed or served the document to the following non-ECF participants in the manner indicated by the non-participant's name:

      No manual recipients.

                              */s/Paul E. Brain*
                              Paul E. Brain