Phillip DeFelice (#6020)
LAW OFFICE OF
PHILLIP DEFELICE
220 3rd Avenue Suite 405
P.O. Box 941
Havre, MT 59501-0941
Telephone: (406) 265-5294
E-mail: *phillipdefelice@yahoo.com*

Michael J. Ferrigno, *pro hac vice*
LAW OFFICE OF
MICHAEL J FERRIGNO, PLLC
1225 N. Main St.,
Meridian, ID 83642
Telephone: 208-391-3969
*michael.ferrigno@ferrigno-law.com*

Paul Brain, *pro hac vice*
BRAIN LAW FIRM, PLLC
1119 Pacific Avenue, Suite 1200
Tacoma, Washington 98402
Telephone: (253) 327-1019
*pbrain@paulbrainlaw.com*

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re YELLOWSTONE MOUNTAIN CLUB, LLC, | **Case No. 08-61570-11-RBK**<br><br>**Adversary Proceeding: 09-00064** |
| BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDAITNG TRUST,<br><br>        Plaintiff,<br>vs.<br><br>TIMOTHY L. BLIXSETH, CASA 20 LLC, TAMARINDO, LLC<br><br>        Defendants. | **No. 2:13-cv-00068**<br><br>**DECLARATION OF MICHAEL J. FERRIGNO** |

I, Michael J. Ferrigno, hereby declare the following:

1. I am one of the attorneys of record in the above-captioned action. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently to them.

2. After the October 19, 2015 hearing, Mr. Blixseth orally consented to my withdrawal as his lawyer in all matters, including this case, at the end of October 2015.

3. Moreover, on October 28, 2015, Timothy Blixseth executed a written consent to my withdrawal in all matters that I representing him. However, I did not receive Mr. Blixseth's written consent until November 7, 2015, since, although it was signed on October 28, 2015, it was not postmarked until November 2, 2015.

4. I reviewed the local rules and upon my notice of withdrawal Mr. Blixseth would still have two lawyers as counsel of record in this matter; thus, as I read the local rules, a motion for leave was not required.

5. I have withdrawn as Mr. Blixseth's attorney in every case where I was counsel of record, and I do not represent him as his lawyer in any case, except this matter.

I hereby personal declare under the penalty of perjury under the laws of the United States that the forgoing is true and correct.

Signed this 16th day of November 2015.

/s/ *Michael J. Ferrigno*
Michael J. Ferrigno