

**FILED**

JAN 13 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| In re<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>      Debtor | Case No. 08-61570-11<br>Adversary No. 09-00064 |
| BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>      Plaintiff,<br><br>vs<br><br>TIMOTHY L. BLIXSETH, CASA 20 LLC, TAMARINDO LLC, JOHN DOES 1-100, and XYZ CORP. 1-100,<br><br>      Defendants. | No. CV-13-68-BU-SEH<br><br>**ORDER** |

In follow up to the Circuit's Order of January 11, 2016,[1] this Court will convene and conduct a status conference at the **Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana**, on January 22, 2016, at 11:00 a.m. to establish a schedule for conduct and completion of such proceedings as may be necessary to create an evidentiary record sufficient to resolve the following as yet unaddressed and undecided issues:

1. Whether Blixseth lacks the ability to comply with the prior orders of this Court, including the orders dated February 3, 2014,[2] January 9, 2015,[3] January 23, 2015,[4] and April 20, 2015;[5]

2. For this Court to make an individualized decision as to whether Blixseth's continued confinement would have a coercive effect;[6] and

3. For this Court to determine whether Blixseth is able to comply with the

---

[1] Doc. 405.

[2] Doc. 65.

[3] Doc. 112.

[4] Doc. 125.

[5] Doc. 159.

[6] *See SEC v. Elmas Trading Corp.*, 824 F.2d 732, 732 (9th Cir. 1987).

2

prior orders of this Court, including the orders of February 3, 2014,[7] January 9, 2015,[8] January 23, 2015,[9] and April 20, 2015.[10]

DATED this 13th day of January, 2016.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[7] Doc. 65.

[8] Doc. 112.

[9] Doc. 125.

[10] Doc. 159.

3