**FILED**

JUN 0 5 2018

Clerk, U.S. District Court
District Of Montana
Helena

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| In re:<br><br>YELLOWSTONE MOUNTAIN CLUB,<br>LLC, *et al.*,<br><br>Debtors. | Case No. 2:13-cv-00068-SEH |
| BRIAN A. GLASSER, AS TRUSTEE<br>OF THE YELLOWSTONE CLUB<br>LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY L. BLIXSETH, CASA 20 LLC,<br>TAMARINDO LLC, JOHN DOES 1-100 and<br>XYZ CORP. 1-100,<br><br>Defendants. | Bankruptcy Case No. 08-61570-11<br>Adversary No. 10-00064<br><br>**ORDER RELEASING AND<br>DISCHARGING DEFENDANT<br>TIMOTHY L. BLIXSETH FROM THE<br>REQUIREMENTS OF THE ORDER TO<br>ACCOUNT AND CERTAIN PENDING<br>ORDERS TO SHOW CAUSE** |

Pursuant to the Joint Motion filed by Brian A. Glasser, as Trustee of the Yellowstone Club Liquidating Trust and all Defendants requesting that the Court enter an Order discharging Defendant Timothy L. Blixseth from the requirements of orders of this Court to account for the proceeds of sale of certain property and pending orders to show cause,

IT IS HEREBY ORDERED that Timothy L. Blixseth and his affiliated entities and relatives are hereby released and discharged from the requirements of (a) the order to account and (b) the pending orders to show cause, including without limitation the orders set forth in the

documents numbered 250, 251, 252, 253, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 267, 268, 269, and 270 in this proceeding.

DATED this 5th of June, 2018

SAM E. HADDON
United States District Judge