FILED

JUN 20 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| In re<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>          Debtor | Case No. 08-61570-11<br>Adversary No. 09-00064 |
| BRIAN A. GLASSER, SUCCESSOR TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>vs<br><br>TIMOTHY L. BLIXSETH, CASA 20 LLC, TAMARINDO LLC, JOHN DOES 1-100, and XYZ CORP. 1-100,<br><br>          Defendants. | No. CV 13-68-BU-SEH<br><br>**ORDER** |

Upon Plaintiff's Unopposed Motion for an Order Releasing and

1

Discharging Christopher J. Conant from a Pending Order to Show Cause[1] filed by Brian A. Glasser, as Trustee of the Yellowstone Club Liquidating Trust requesting that the Court enter an Order discharging Christopher J. Conant from a pending order to show cause against him issued on July 21, 2015,[2]

ORDERED:

Christopher J. Conant is hereby released and discharged from the requirements of the above identified pending order to show cause against him.[3]

DATED this 20th day of June, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 475.

[2] Doc. 254.

[3] Doc. 254.

2